Order issued November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01312-CR

### RONNIE HALTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## ORDER

Before Justices Bridges, Richter, and Lang

Appellant's October 24, 2012 motion for rehearing is **DENIED.**

DAVID L. BRIDGES
JUSTICE